■ KARL WINTER, JR., et al., Appellants-Respondents, v CITY OF GENEVA et al., Defendants, and COUNTY OF SENECA et al., Respondents-Appellants. [611 NYS2d 82] —Order unanimously modified on the law and as modified affirmed without costs in accordance with the following Memorandum: Supreme Court abused its discretion in granting plaintiffs' motion to file a late notice of claim. Plaintiffs failed to demonstrate a reasonable excuse for the failure to file timely a notice of claim. The fact that an attorney was not immediately consulted because plaintiff Karl Winter, Jr., assumed that the pain in his hands would go away is not a sufficient excuse *(see, Matter of Martin v City of New York,* 100 AD2d 879). (Appeals from Order of Supreme Court, Ontario County, Curran, J.—Late Notice of Claim.) Present—Denman, P. J., Balio, Fallon, Doerr and Davis, JJ.